**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-7389**

———————————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

KYLE MORRELL BRIGGS, a/k/a Gangster,

     Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, Chief District
Judge.  (4:11-cr-02161-TLW-1)

———————————

Submitted:  December 19, 2013   Decided:  December 24, 2013

———————————

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kyle Morrell Briggs, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kyle Morrell Briggs appeals the district court's orders denying his motion to compel the Government to file a Federal Rule of Criminal Procedure 35(b) motion for reduction of sentence and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Briggs, 4:11-cr-02161-TLW-1 (D.S.C. June 25, 2013 & Aug. 20. 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED